UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00484-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALFREDO GUTIERREZ-SOTO,

    Defendant.

---

## ORDER

---

This matter is before the Court upon a review of the file.  To ensure that all

pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, December 19, 2008,**

and responses to these motions shall be filed by **Friday, January 2, 2009.**  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial

preparation conference is set for **Friday, January 9, 2009, at 3:30 p.m. in courtroom**

**A-1002**.  It is

FURTHER ORDERED that a two-day jury trial is set for **Monday, January 26,**

**2009, at 9:00 a.m. in courtroom A-1002.**

    Dated:  November 25, 2008

                                    BY THE COURT:


                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge