IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00484-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALFREDO GUTIERREZ-SOTO,

    Defendant.

## ORDER

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 having come before the Court and the Court being fully advised, it is hereby

ORDERED that Government's Motion Regarding Acceptance of Responsibility [doc. #14], filed March 2, 2009, is **GRANTED.** It is further

ORDERED that the Defendant receive a total 3 level reduction in the offense level for acceptance of responsibility as provided by §3E1.1(a) and (b).

Dated this 12th day of June, 2009.

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        CHIEF UNITED STATES DISTRICT JUDGE